1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

In Re:

MILLER, MICHAEL DAVID,

       Debtor.

No.  CV-11-0366-RHW

**ORDER DISMISSING ACTION
AND CLOSING FILE**

On May 16, 2012, the Court ordered the parties to show cause why this action should not be dismissed as moot (ECF No. 2).  No responses have been filed.

Accordingly, **IT IS HEREBY ORDERED**:

1.  The above-captioned case is **DISMISSED** for failure to prosecute.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward copies to counsel, and **close the file**.

**DATED** this 27th  day of June, 2012.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

dismiss.ord.wpd

**ORDER DISMISSING ACTION
AND ORDER CLOSING FILE  ~ 1**